IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **DENNIS LEAK, On behalf of** himself and all others similarly situated,  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**WELLS FARGO AUTO, a division of**  )<br>**WELLS FARGO BANK, N.A., f/k/a**  )<br>**WELLS FARGO DEALER SERVICES,**  )<br>)<br>**Defendant.**  ) | 1:19-cv-04304-TWP-MJD<br>**Judge Walton Pratt**<br>**Magistrate Judge Dinsmore** |

## NOTICE OF CASE RESOLUTION

Plaintiff, by and through counsel of record, hereby informs the Court that the parties in the above-captioned matter have reached an agreement in principle to amicably resolve this matter. The parties are in the process of finalizing necessary paperwork and anticipate filing a Rule 41(a) stipulation of dismissal with prejudice within the next 45 days. The parties therefore respectfully request that all deadlines be stayed pending the filing of the stipulation of dismissal.

Respectfully submitted,
**DENNIS LEAK**

By:   s/ David M. Marco
Attorney for Plaintiff

Dated: June 2, 2020

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
  Telephone:  (312) 546-6539
  Facsimile:   (888) 418-1277
  E-Mail:       dmarco@smithmarco.com