UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **DENNIS LEAK, On behalf of** | ) | **Acknowledged** |
| herself and all others similarly situated, | ) | TWP |
| | ) | August 14, 2020 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-04304-TWP-MJD |
| | ) | |
| **WELLS FARGO AUTO, a division of** | ) | Judge Pratt |
| **WELLS FARGO BANK, N.A d/b/a** | ) | Magistrate Judge Dinsmore |
| **WELLS FARGO DEALER SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dennis Leak and Defendant Wells Fargo Bank, N.A. hereby stipulate that this action is dismissed with prejudice as to Plaintiff, Dennis Leak, and without prejudice as to any putative class members. Each party to bear its own attorney fees and costs.

The undersigned counsel for the Plaintiff represents that counsel for Defendant has agreed and authorized that this Stipulation may be filed by counsel for Plaintiff on behalf of both the Plaintiff and Defendant.

**Date:** August 13, 2020

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **Dennis Leak** | **Wells Fargo Auto** |
| s/ David M. Marco | s/ Karla Johnson |
| David M. Marco | Karla Johnson |
| SMITHMARCO, P.C. | MCGUIREWOODS LLP |
| 55 W. Monroe Street, Suite 1200 | Tower Two-Sixty |
| Chicago, IL 60603 | 260 Forbes Avenue, Suite 1800 |
| Telephone: (312) 546-6539 | Pittsburg, PA 15222 |
| Facsimile: (888) 418-1277 | Telephone: (412) 667-7927 |
| E-Mail: dmarco@smithmarco.com | E-Mail: kjohnson@mcguirewoods.com |

1